FILE COPY

No. 07-13-00153-CR

| | | |
|---|---|---|
| Jon Lennon Hall<br>　Appellant | § | From the 213th District Court<br>　of Tarrant County |
| | § | |
| v. | § | May 8, 2014 |
| | § | |
| The State of Texas<br>　Appellee | § | Opinion by Justice Hancock |
| | § | |
| | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated May 8, 2014, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal in forma pauperis, no costs beyond those which may have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o